[No. 15929-9-III. Division Three. July 17, 1997.]

JESS SCHOBER, ET AL., *Appellants*, v. BOISE CASCADE CORPORATION, *Respondent*.

Appeal from a judgment of the Superior Court for Kittitas County, No. 93-2-00355-5, Heather K. Van Nuys, J., entered June 18, 1996. *Affirmed* by unpublished opinion per Kurtz, J., concurred in by Sweeney, C.J., and Brown, J.

[No. 18020-1-II. Division Two. July 18, 1997.]

MICHAEL W. STEPHAN, JR., ET AL., *Respondents*, v. THOMAS D. BEAVER, *Appellant*.

RICHARD PHILLIPS, *Plaintiff*, v. KODIAK DEVELOPMENT, INC., ET AL., *Defendants*.

Appeal from a judgment of the Superior Court for Pierce County, No. 89-2-05825-7, Vicki L. Hogan, J., entered February 16, 1994. *Affirmed in part, reversed in part* and *remanded* by unpublished opinion per Armstrong, J., concurred in by Bridgewater, A.C.J., and Hunt, J.

[No. 18712-4-II. Division Two. July 18, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT JOHN THIERY, *Appellant*.

Appeal from a judgment of the Superior Court for Skamania County, No. 93-1-00103-5, Ted Kolbaba, J., entered September 29, 1994. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Bridgewater, A.C.J., and Morgan, J.